UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X       Chapter    **11**
IN RE:    **IT'Z ALL 4 U INC**

Case No.:

Debtor(s)                              STATEMENT PURSUANT TO LOCAL RULE 2017
-----------------------------------------------X

I, **Michelle Labayen 2960**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| **March 2015** | Initial interview, analysis of financial condition, etc. |
| **March 2015** | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $ __**0.00**__ .

Dated: **March 21, 2015**

　　　　　　　　　　　　　　　　　　　　**/s/ Michelle Labayen**
　　　　　　　　　　　　　　　　　　　　**Michelle Labayen 2960**
　　　　　　　　　　　　　　　　　　　　Attorney for debtor(s)
　　　　　　　　　　　　　　　　　　　　**The Law Office of Michelle Labayen PC**
　　　　　　　　　　　　　　　　　　　　**One Gateway Center**
　　　　　　　　　　　　　　　　　　　　**26th Floor**
　　　　　　　　　　　　　　　　　　　　**Newark, NJ 07102**
　　　　　　　　　　　　　　　　　　　　**973-622-8180**
　　　　　　　　　　　　　　　　　　　　**michelle@bankruptcynyc.com**